USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _6/8/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMONT C. CHERRY,

               Plaintiff,

         -against-

THE CITY OF NEW YORK,

               Defendant.

25 Civ. 8463 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The complaint filed at ECF No. 2 includes what appears to be a partially executed notice, consent, and reference of a civil action to a magistrate judge ("Magistrate Judge Consent Form"). *See* ECF No. 2 at 7.  On May 6, the Court directed the Clerk of Court to add the City of New York (the "City") as a Defendant in this action and electronically notify the City's Department of Correction and Law Department of the order.  *See* ECF No. 8.  On June 5, 2026, the City entered a notice of appearance on the docket.  *See* ECF No. 11.

This case is related to the *In Re Rikers West Facility Coordinated Cases*.  *See* 4/7/2026 ECF Entry (reassigning case to the undersigned as related to 25 Civ. 4515).  In other coordinated cases where partially executed Magistrate Judge Consent Forms were filed, the City requested that "the scope of reference to [the Honorable Barbara C.] Moses should be the same for all of the Coordinated Cases," to ensure compliance with all Court orders.  *See, e.g.*, ECF No. 26 in 25 Civ. 4515.  The Court subsequently directed the City to coordinate with Plaintiffs in all coordinated cases to determine whether all parties consent to proceed before Judge Moses.  *See* ECF No. 32 in 25 Civ. 4515.  There was not unanimous consent between the City and the Plaintiffs in the cases that were coordinated as of December 10, 2025, to proceed before Judge Moses.  *See, e.g.*, ECF No. 36 in 25 Civ. 4515.  Accordingly, the City shall file a letter by **June 22, 2026**, stating its position on the partially executed Magistrate Judge Consent Form included on page 7 of ECF No. 2 in this case.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: June 8, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge